RECEIPT # 55912
AMOUNT $ 150.00
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK_____
DATE 5/14/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KURZWEIL EDUCATIONAL SYSTEMS, INC.,

    Plaintiff,

v.

FREEDOM SCIENTIFIC INC.,

    Defendant.

Civil Action No.:

04-10965 JLT

MAGISTRATE JUDGE Bowler

## COMPLAINT AND DEMAND FOR JURY TRIAL

For its Complaint, the plaintiff, Kurzweil Educational Systems, Inc. ("Kurzweil"), alleges as follows:

### The Parties

1. The plaintiff, Kurzweil, is a corporation organized and existing under the laws of Delaware and having its principal place of business at 14 Crosby Drive, Bedford, Massachusetts, within this judicial District.

2. The defendant, Freedom Scientific Inc. ("Freedom Scientific"), is, upon information and belief, a corporation organized under the laws of the State of Florida, with its principal place of business at 11800 31st Ct., Saint Petersburg, Florida.

## Jurisdiction and Venue

3. This is an action for patent infringement, arising under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

## Count I

6. Kurzweil is the owner of United States Patent No. 5,875,428, entitled READING SYSTEM DISPLAYING SCANNED IMAGES WITH DUAL HIGHLIGHTS ("the '428 patent"). The '428 patent is valid and subsisting and in full force and effect.

7. Upon information and belief, Freedom Scientific has infringed the '428 patent by making, using, offering to sell, and/or selling the patented invention in the United States. Upon information and belief, Freedom Scientific has also infringed the '428 patent contributorily and by inducing others to infringe. The infringing products include Freedom Scientific's WYNN software. The infringement will continue unless enjoined by the Court.

8. Upon information and belief, Freedom Scientific's infringement of the '428 patent has been and continues to be willful.

9. Kuzweil has been damaged by Freedom Scientific's infringement of the '428 patent.

## Count II

10. Kurzweil is the owner of United States Patent No. 6,052,663, entitled READING SYSTEM WHICH READS ALOUD FROM AN IMAGE REPRESENTATION OF A DOCUMENT ("the '663 patent"). The '663 patent is valid and subsisting and in full force and effect.

11. Upon information and belief, Freedom Scientific has infringed the '663 patent by making, using, offering to sell, and/or selling the patented invention in the United States. Upon information and belief, Freedom Scientific has also infringed the '663 patent contributorily and by inducing others to infringe. The infringing products include Freedom Scientific's WYNN and TestTalker software. The infringement will continue unless enjoined by the Court.

12. Upon information and belief, Freedom Scientific's infringement of the '663 patent has been and continues to be willful.

13. Kuzweil has been damaged by Freedom Scientific's infringement of the '663 patent.

**WHEREFORE**, Kurzweil prays that this Court:

A. Enter judgment that Freedom Scientific has infringed the '428 and '663 patents;

B. Enter an order preliminarily and permanently enjoining Freedom Scientific, its agents and employees, and any others acting in concert with it, from infringing the '428 and '663 patents;

C. Award Kurzweil its damages resulting from Freedom Scientific's patent infringement pursuant to 35 U.S.C. § 284;

D. Find that Freedom Scientific's infringement has been willful and increase the damages awarded to Kurzweil three times the amount assessed, pursuant to 35 U.S.C. § 284;

E. Find this to be an exceptional case and award Kurzweil its attorney's fees, pursuant to 35 U.S.C. § 285;

F. Award Kurzweil its prejudgment and post judgment interest on its damages;

G. Award Kurzweil its costs; and

H. Award Kurzweil such other and further relief as it deems just and appropriate.

Plaintiff demands a trial by jury.

Dated: May 12, 2004

By its attorneys

_____
Lawrence K. Kolodney (BBO #556,851)
Kevin M. Littman (BBO #643,285)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
KURZWEIL EDUCATIONAL SYSTEMS, INC.

20860542.doc

04-10965 JLT

AO 120 (Rev. 2/99)

| TO: | | |
|---|---|---|
| | **Commissioner of Patents and Trademarks**<br>**Washington, DC 20231** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>District of Massachusetts</u> on the following  ☒ Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>Massachusetts |
|---|---|---|
| **PLAINTIFF**<br>Kurzweil Educational Systems, Inc. | | **DEFENDANT**<br>Freedom Scientific Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,875,428 | 2/23/99 | Kurzweil Educational Systems, Inc. |
| 2  6,052,663 | 4/18/00 | Kurzweil Educational Systems, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

JS 44 (Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Kurzweil Educational Systems, Inc.

(b) County of Residence of First Listed Plaintiff  Middlesex County, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**
Freedom Scientific Inc.

County of Residence of First Listed Defendant  Florida
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorneys (Firm Name, Address, and Telephone Number)
Lawrence K. Kolodney
Kevin M. Littman
Fish & Richardson P.C. (Boston)
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

Attorneys (If Known)
04-10965 JLT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury--- Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth In Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 35 U.S.C. Infringement of United States Patent

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
Demand: $ Accounting, costs
CHECK YES only if demanded in Complaint
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See Instructions)
JUDGE s
DOCKET NUMBER

DATE  5/12/04
SIGNATURE OF ATTORNEY OF RECORD
TYPE NAME OF ATTORNEY  Lawrence K. Kolodney

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Kurzweil Educational Systems, Inc. v. Freedom Scientific Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☑ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

    ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

    ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

    ☐ V.   150, 152, 153.

    **04-10965 JLT**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐  NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐  NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐  NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐  NO ☒

7. Do <u>all</u> of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☐  NO ☑

    A. If yes, in which division do <u>all</u> of the non-governmental parties reside?

       Eastern Division ☐   Central Division ☐   Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☑   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐  NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Lawrence K. Kolodney
ADDRESS  Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110
TELEPHONE NO.  (617) 542-5070

(Coversheetlocal.wpd - 10/17/02)