UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KURZWEIL EDUCATIONAL SYSTEMS,
INC.,

     Plaintiff,

     v.

FREEDOM SCIENTIFIC INC.,

     Defendant.

Civil Action No.:

04 - 10965 JLT

---

**PLAINTIFF KURZWEIL EDUCATIONAL SYSTEMS, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a) AND LOCAL RULE 7.3**

---

Plaintiff, Kurzweil Educational Systems, Inc. ("Kurzweil"), hereby discloses that it is a nongovernmental corporate party to the above-captioned action.  Kurzweil has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

By its attorneys

Dated:  May 12, 2004

Lawrence K. Kolodney (BBO #556,851)
Kevin M. Littman (BBO #643,285)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Plaintiff
KURZWEIL EDUCATIONAL SYSTEMS,
INC.

20860544.doc