UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Kurzweil Educational Systems, INC.  )   04-10965 JLT
          Plaintiff  )   AFFIDAVIT OF AUTHORIZED SERVICE
   -vs-  )
Freedom Scientific, Inc.  )   Summons; Return of Service; Complaint and
          Defendant  )   Demand for Jury Trial;

FILED
IN CLERKS OFFICE

2004 JUN -4  P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Received by 1-800-SERVE-EM on May 14, 2004 at 3:32 PM to be served on Freedom Scientific, Inc., 11800 31st Ct. St. Petersburg, FL 33716.

I, Pablo Rodriguez, who being duly sworn, depose and say that on May 18, 2004 at 3:45 PM, I:

Served Freedom Scientific, Inc. by delivering a true copy of the Summons; Return of Service; Complaint and Demand for Jury Trial; with the date and hour of service endorsed thereon by me, to Roy Raflco, Chief Financial Officer, authorized to accept service at 11800 31st Ct. St. Petersburg, FL 33716.

I am over the age of 18 and have no interest in the above action, and am a Certified Process Server in good standing in the county in which the process was served.

Pablo Rodriguez
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2004061204
Reference: 04-10965 JLT

State of: Florida
County of: Hillsborough
Subscribed and sworn to before me, 20th May 2004

NOTARY PUBLIC



ELAINE F. JONES
MY COMMISSION # CC 998430
EXPIRES: March 2, 2005
Bonded Thru Notary Public Underwriters