FILED
IN CLERKS OFFICE    **ORIGINAL**

2004 JUN -7  P 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC,<br><br>Plaintiff,<br><br>- vs. -<br><br>FREEDOM SCIENTIFIC, INC.,<br><br>Defendant. | Civil Action No:<br>04-10965 JLT |

## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), Defendant Freedom Scientific, Inc. hereby discloses that it has no parent corporation and that there is no publicly held company that owns 10% or more of Freedom Scientific's stock.

Dated: June 7, 2004

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

By: _____
Thomas W. Banks (BBO# 652950)
Christopher S. Schultz (BBO# 630814)
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile:  (617) 452-1666

Attorneys for Defendant
FREEDOM SCIENTIFIC, INC.

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

KURZWEIL EDUCATIONAL SYSTEMS, INC.,

　　　　　Plaintiff,

- vs. -

FREEDOM SCIENTIFIC, INC.,

　　　　　Defendant.

Civil Action No:
04-10965-JLT

**CERTIFICATE OF SERVICE**

I, Rachel Venturi, hereby certify that on June 7, 2004, a true and correct copy of the foregoing documents were served by the indicated means to the persons at the addresses listed:

1. FREEDOM SCIENTIFIC, INC.'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS; and

2. LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT.

Lawrence K. Kolodney
Kevin M. Littman
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Facsimile: (617) 542-8906

☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☒ Via Facsimile

Rachel Venturi

FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile:　(617) 452-1666