UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM SCIENTIFIC, INC., <br><br> Defendant. | Civil Action No.: 04-10965-NMG |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), plaintiff Kurzweil Educational Systems, Inc. ("KESI") and defendant Freedom Scientific, Inc. ("Freedom") submit the following statement:

### Agenda of Matters to Be Discussed at the Scheduling Conference

Pre-Trial Discovery Plan and Briefing Schedule

### Discovery Plan and Proposed Schedule

A. <u>Amount of Discovery</u>

The parties agree that the number of depositions that the parties may take without leave of court specified in Fed.R.Civ.P. 30(a)(2)(A), should be modified as follows: Each side may take up to ten depositions of witnesses who are employees of a party, and up to fifteen total depositions, without further leave of the Court.

B. <u>Discovery and Briefing Schedule</u>

The parties differ on the appropriate discovery and pre-trial motion schedule in this case, and submit the following respective proposals:

| EVENT | KESI PROPOSED DATE | FREEDOM PROPOSED DATE |
|---|---|---|
| Motions to amend the pleadings | February 1, 2005 | April 29, 2005 |

| | | |
|---|---|---|
| Fact discovery closes | August 1, 2005 | November 11, 2005 |
| Experts identified and expert reports from each party on those issues for which the party bears the burden | September 1, 2005 | December 21, 2005 |
| Rebuttal experts identified and exchange of rebuttal expert reports | September 21, 2005 | January 16, 2006 |
| Expert Discovery Closes | October 21, 2005 | February 17, 2006 |
| Dispositive motions filed by | November 21, 2005 | March 24, 2006 |
| Oppositions to any dispositive motions | December 7, 2005 | April 7, 2006 |
| Replies to any dispositive motions | December 14, 2005 | April 14, 2006 |
| Hearing on dispositive motions | TBD | TBD |
| Final pre-trial conference | Ready by February 1, 2006 | Ready by June 2, 2006 |

C. <u>Certifications Pursuant to Local Rule 16.1(D)(3)</u>

Plaintiff's certification is attached hereto as Exhibit A.

Defendant's certification is attached hereto as Exhibit B.

D. <u>Trial by Magistrate Judge</u>

The parties do not consent to trial by a Magistrate Judge at this time.

Respectfully submitted,

_____
Thomas W. Banks (BBO#652950)
Christopher S. Schultz (BBO#630814)
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666

Attorneys for Defendant
FREEDOM SCIENTIFIC, INC.

Dated: October 21, 2004

_____
Lawrence K. Kolodney (BBO #556,851)
Kevin M. Littman (BBO #643,285)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
KURZWEIL EDUCATIONAL SYSTEMS, INC.

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 10/27/04.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FREEDOM SCIENTIFIC INC.,<br><br>    Defendant. | Civil Action No.: 04-10965-NMG |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
Bradley Desmarais  
Chief Financial Officer  
KURZWEIL EDUCATIONAL SYSTEMS INC.

_____  
Lawrence K. Kolodney  
Attorney for Plaintiff  
KURZWEIL EDUCATIONAL SYSTEMS, INC.

Dated: October 21, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM SCIENTIFIC, INC., <br><br> Defendant. | Civil Action No.: 04-10965-NMG |

The undersigned counsel and representative of Freedom Scientific, Inc. certify that they have conferred regarding establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and have conferred regarding resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Dated: October 5, 2004

_____
Roy Rafalco
Chief Financial Officer and General Counsel
Freedom Scientific, Inc.
11800 31st Court North
St. Petersburg, FL 33716-1805
Telephone: (727) 299-6103
Facsimile: (727) 803-8019

and

Dated: October 13, 2004

_____
Thomas W. Banks (BBO#652950)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666

Attorneys for Defendant
FREEDOM SCIENTIFIC, INC.