IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC.,<br><br>       Plaintiff<br><br>v.<br><br>FREEDOM SCIENTIFIC, INC.,<br><br>       Defendant. | Civil Action No.: 04-cv-10965 (NMG) |

NOTICE OF APPEARANCE

    Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Defendant Freedom Scientific, Inc. in the above-identified action.

                                                Respectfully submitted,

Dated: February 1, 2005                     /s/ Emily A. Berger
                                                  Emily A. Berger, BBO No. 650,841
                                                  Lowrie, Lando & Anastasi, LLP
                                                  Riverfront Office Park
                                                  One Main Street - 11th Floor
                                                  Cambridge, MA 02142
                                                  Tel: 617-395-7000
                                                  Fax: 617-395-7070