IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC.,<br><br>　　　　Plaintiff<br><br>v.<br><br>FREEDOM SCIENTIFIC, INC.,<br><br>　　　　Defendant. | Civil Action No.:  04-cv-10965 (NMG) |

NOTICE OF APPEARANCE

　　Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Defendant Freedom Scientific, Inc. in the above-identified action.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 1, 2005　　　　　　　　　　　/s/ Matthew B. Lowrie
　　　　　　　　　　　　　　　　　　　　　　　　Matthew B. Lowrie, BBO No. 563,414
　　　　　　　　　　　　　　　　　　　　　　　　Lowrie, Lando & Anastasi, LLP
　　　　　　　　　　　　　　　　　　　　　　　　Riverfront Office Park
　　　　　　　　　　　　　　　　　　　　　　　　One Main Street - 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Cambridge, MA 02142
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 617-395-7000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-395-7070