UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>FREEDOM SCIENTIFIC INC.,<br><br>          Defendant. | Civil Action No.:  04-10965 NMG |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

      The parties jointly move for entry of the attached Stipulated Protective Order.  The parties submit that the terms of this Order comply with the Court's requirements for protective orders, including the Court's requirements for submission of documents under seal.

      WHEREFORE, to protect each parties' confidential information, the parties request that the Court enter the attached Protective Order.

Dated: April 7, 2005                     /s/ Kevin M. Littman
                                         _____
                                         Lawrence K. Kolodney (BBO #556,851)
                                         Kevin M. Littman (BBO #643,285)
                                         Thomas A. Brown (BBO #657,715)
                                         FISH & RICHARDSON, P.C.
                                         225 Franklin Street
                                         Boston, MA 02110-2804
                                         Telephone: (617) 542-5070
                                         Facsimile: (617) 542-8906

                                         Attorneys for Plaintiff
                                         KURZWEIL EDUCATIONAL SYSTEMS,
                                         INC.


Dated: April 7, 2005                     /s/ Aaron W. Moore
                                         _____
                                         Matthew B. Lowrie (BBO #563,414)
                                         Aaron W. Moore (BBO #638,076)
                                         Emily A. Berger (BBO #650,841)
                                         Lowrie, Lando and Anastasie, LLC
                                         Riverfront Office Park
                                         1 Main Street, 11th Floor
                                         Cambridge, MA 02142
                                         Telephone: (617) 395-7000
                                         Facsimile: (617) 395-7070

                                         Attorneys for Defendant
                                         FREEDOM SCIENTIFIC, INC.

21063858.doc