UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM SCIENTIFIC INC., <br><br> Defendant. | Civil Action No.: 04-10965 NMG |

## JOINT MOTION FOR STAY AND EXTENSION OF DISCOVERY DEADLINES

The parties in the above styled case jointly request that the Court stay discovery until October 10, 2005, and extend all remaining discovery deadlines by approximately ninety (90) days. Specifically, the parties request that the Court change the remaining deadlines from the November 17, 2004 Scheduling Order:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Fact Discovery Completed | August 31, 2005 | November 29, 2005 |
| Designation of Trial Experts by Plaintiff and Disclosure of Information Under FRCP 26(a)(2) | October 15, 2005 | January 16, 2006 |
| Designation of Trial Experts by Defendant and Disclosure of Information Under FRCP 26(a)(2) | November 15, 2005 | February 15, 2006 |
| Completion of All Expert Deposition | December 31, 2005 | March 31, 2006 |
| Filling of All Dispositive Motions, Including Motions for Summary Judgment | January 21, 2006 | April 21, 2006 |

| | | |
|---|---|---|
| Filling of All Responses to All Dispositive Motions, Including Motions for Summary Judgment | February, 21, 2006 | May 22, 2006 |
| Final Pre-trail Conference | April 20, 2006 | July 21, 2006 or at the court's convenience |
| Counsel to be Prepared to Commence Trial | June 5, 2006 | September 5, 2006 |

The parties seek this stay because they are involved in active settlement discussions and seek to avoid unnecessary legal expenditures while such discussions are ongoing.

WHEREFORE, the parties request that the Court grant this Motion and order the above stay and discovery extension.

Dated: July 15, 2005

/s Lawrence K. Kolodney
Lawrence K. Kolodney (BBO #556,851)
Kevin M. Littman (BBO #643,285)
Thomas A. Brown (BBO #657,715)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Plaintiff
KURZWEIL EDUCATIONAL SYSTEMS, INC.

/s Emily A. Berger
Matthew B Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638, 076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street 11th Floor
Cambridge MA, 02142
Telephone: (617) 395-7000
Facsimile: (617) 395-7070

Attorneys for Defendant
FREEDOM SCIENTIFIC, INC.


SO ORDERED:

Date:                                     _____
                                          NATHANIEL M. GORTON
                                          UNITED STATED DISTRICT JUDGE