UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KURZWEIL EDUCATIONAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM SCIENTIFIC INC., <br><br> Defendant. | Civil Action No.:  04-10965 NMG |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and an agreement settling disputes between Kurzweil Educational Systems, Inc. (KESI) and Freedom Scientific, Inc. (FREEDOM), KESI and FREEDOM hereby agree and request that all of KESI's claims and FREEDOM's counterclaims in this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

By their attorneys,

Dated: October 28, 2005

\_\_/s/ Lawrence K. Kolodney_____
Lawrence K. Kolodney (BBO #556,851)
Kevin M. Littman (BBO #643,285)
Thomas A. Brown (BBO #657,715)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Plaintiff
KURZWEIL EDUCATIONAL SYSTEMS, INC.


\_/s/ Matthew B. Lowrie (with permission)\_\_\_\_
Matthew B Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638, 076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street 11th Floor
Cambridge MA, 02142
Telephone:  (617) 395-7000
Facsimile:  (617) 395-7070

Attorneys for Defendant
FREEDOM SCIENTIFIC, INC.